```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| DAVID ALFARO-VASQUEZ, | : |
| Petitioner, | : |
| v. | : |
| | : CIVIL ACTION 16-0422-WS-M |
| LORETTA E. LYNCH, | : |
| JEB JOHNSON, JUAN P. OSUNA, | |
| SARAH SALDANA, | : |
| THOMAS HOMAN, | |
| AND DAVID D. RIVERA, | : |
| Respondents. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner be TRANSFERRED to the United States District Court for the Northern District of Alabama.

DONE this 16th day of September, 2016.

```
                    s/WILLIAM H. STEELE
                    CHIEF UNITED STATES DISTRICT JUDGE
```